JUN 25 2002

CLERK'S OFFICE
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| IN RE SWANSON CREEK OIL SPILL LITIGATION ) | Master Case No. PJM-00-1429 |
| ) | Hon. Peter J. Messitte |
| This Document Relates to: ) | |
| ) | |
| ALL CASES ) | Magistrate Charles B. Day |

## ORDER

Upon consideration of the Motion for Entry of Order Approving Final Plan of Distribution, and upon the recommendation of the Special Master, it is this 25 day of June 2002, hereby ORDERED that the Motion for Entry of Order Approving Final Plan of Distribution is GRANTED.

So Recommended:

_____
Thomas A. Rymer
Special Master

So Ordered:

_____ 6/25/02
Peter J. Messitte
United States District Judge